THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ODESSA RZEPNIEWSKI, an individual, | No. CV10-00557 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| HAL ANTILLEN N.V., a Netherlands Antilles corporation; HOLLAND AMERICA LINE N.V., a Netherlands Antilles corporation; HOLLAND AMERICA LINE - USA, INC. a Washington corporation; and HOLLAND AMERICA LINE INC. a Washington corporation, | |
| Defendants. | |

## **STIPULATION**

**COME NOW** Plaintiff, Odessa Rzepniewski, and Defendants, HAL Antillen N.V., Holland America Line N.V., Holland America Line-USA, Inc., and Holland America Line Inc., through their respective counsel, to stipulate to the entry of an Order of Dismissal of

Plaintiff's Complaint With Prejudice, without an award of costs to either party, for the reason that the parties have reached final settlement in this matter.

DATED this 23rd day of August, 2010.

                                        *s/Michael D. Myers (via email approval)*
MICHAEL D. MYERS, WSBA # 22486
Myers & Company, PLLC
1530 Eastlake Ave East
Seattle, Washington 98102
Telephone:    206-398-1188
Facsimile:    206-398-1189
Email:        mmyers@myers-company.com
Attorneys for Plaintiff

*s/Louis A. Shields*
LOUIS A. SHIELDS, WSBA # 25740
Nielsen Shields, PLLC
600 Stewart Street, Suite 1703
Seattle, Washington 98101
Telephone:    206-728-1300
Facsimile:    206-728-1302
Email:        las@nielsenshields.com
Attorneys for Defendants

## **ORDER**

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs to either party.

DATED this _2nd__ day of _August_, 2010.

Marsha J. Pechman
United States District Judge

Presented By:

NIELSEN SHIELDS, PLLC

*Louis A. Shields*_____
LOUIS A. SHIELDS, ESQ.  WSBA # 25740
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael David Myers, Esq.
Myers & Company, PLLC
1530 Eastlake Avenue East
Seattle, WA 98102

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila M. Baskins*
Legal Assistant
600 Stewart Street, Suite 1703
Seattle, Washington 98101
Telephone:  206-728-1300
Facsimile:  206-728-1302
smb@nielsenshields.com

STIPULATION AND ORDER OF DISMISSAL
No.10-00557– Page 4